IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BART LEVY, | : | BANKR. NO. 23-13746-AMC |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 24-00110 AMC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BART LEVY, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

It is certified that on September 4, 2024, the Complaint of the United States Trustee's Complaint Objecting to the Granting of Debtor's Discharge (the "Complaint") and Summons was caused to be served by placing copies thereof in the United States Mail, first class postage prepaid, addressed as follows:

Bart Levy
189 Barron Hill Road
Conshohocken, PA 19482

Bart Levy
1650 Market Street, Suite 3647
Philadelphia, PA 19104

Jonathan H. Stanwood, Esq.
Law Office - Jonathan H. Stanwood, LLC
1 Penn Center, Suite 500
1617 J.F.K. Blvd
Philadelphia, PA 19103

    The Complaint was also served electronically via CM/ECF and via email on September 4, 2024 on the following:

Jonathan H. Stanwood, Esq.
Law Office - Jonathan H. Stanwood, LLC
1 Penn Center, Suite 500
1617 J.F.K. Blvd
Philadelphia, PA 19103

                              By: /s/ Nancy *Miller*_____
                                  Nancy Miler
                                  Legal Clerk