UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Bart Levy | : | |
| Debtor | : | Bky. No. 23-13746-AMC |

_____

| | | |
|---|---|---|
| Andrew R., Vara, | : | Adversary No. 24-110-AMC |
| United States Trustee | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Bart Levy, | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Bart Levy, Defendant, appeals under 28 U.S.C. § 158(a) or (b) from the attached order of the bankruptcy court, entered in this adversary proceeding on the 6th day of February, 2025.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Bart Levy | Honorable Ashely M. Chan |
| c/o Jonathan H. Stanwood, Esq. | Robert N.C. Nix Sr. Federal Courthouse |
| 1617 JFK Blvd, Suite 1560 | 900 Market Street, Suite 204 |
| Philadelphia, Pa 19103 | Philadelphia, PA 19107 |
| (215) 569-1040 | (215) 408-2830 |
| | |
| *Defendant & Appellant* | *United States Bankruptcy Court Judge* |
| | |
| United States Trustee | Robert W. Seitzer, Esq. |
| John Schanne, Esq. | 1900 Spruce Street |
| 900 Market Street, Suite 320 | Philadelphia, PA 19103 |
| Philadelphia, Pa 19107 | |
| | *Chapter 7 Trustee* |
| *Plaintiff* | |

|  |  |
|---|---|
| By: | *Respectfully submitted,* |
|  | /s/ Jonathan H. Stanwood |
|  | Jonathan H. Stanwood, Esq. |
|  | Attorney for Appellant |
|  | 1617 J.F.K. Blvd, Suite 1560 |
|  | Philadelphia, Pa 19103 |
|  | (215) 569-1040 |
|  | JHS@STANWOODLAW.COM |
|  | Dated: February 20, 2025 |