IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BART LEVY, | : | Bankr. No. 23-13746 (AMC) |
| | : | |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| | : | |
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE | : | Adversary No. 24-00110 (AMC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BART LEVY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**APPELLEE UNITED STATES TRUSTEE'S
DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL**

Andrew R. Vara, the United States Trustee for Regions 3 and 9, and the Appellee in Appellant Bart Levy's appeal of this Court's February 6, 2025, Order denying Mr. Levy's *Motion Pursuant to 11 U.S.C. § 105, Fed. R. Bankr. P. 7055 and 9024, and Fed. R. Civ. P. 60 to Set Aside Default and Vacate Default Judgment* (which has been assigned case number 25-00953 (MRP) by the District Court), designates pursuant to Fed. R. Bankr. P. 8009(a)(2) the following additional items to be included in the record on appeal:

*In re Bart Levy*, **Bankr. E.D. Pa. Case No. 23-13746 (AMC)**

| Docket No. | Date | Description |
|---|---|---|
|  |  | Docket Sheet for *In re Bart Levy*, Bankr. E.D. Pa. Case No. 23-13746 (AMC) |
| 1 | 12/11/23 | Chapter 7 Voluntary Petition |
| 20 | 1/16/24 | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and Statement of Exemption From Presumption of Abuse Form 22A-1Supp |
| 21 | 1/16/24 | Schedule A/B, Statement of Financial Affairs for Individual, Disclosure of Compensation of Attorney for Debtor, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Intent |
| 28 | 3/8/24 | Amended Statement of Financial Affairs |
| 34 | 4/18/24 | Amended Schedule I – Your Income |
| 35 | 4/18/24 | Amended Schedule J – Your Expenses |
| 51 | 8/16/24 | Order Extending Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) and to File a Complaint Objecting to Discharge |

*Andrew R. Vara, United States Trustee v. Bart Levy*, **Bankr. E.D. Pa. Adv. Pro. No. 24-00110 (AMC)**

| Docket No. | Date | Description |
|---|---|---|
|  |  | Docket Sheet for *Andrew R. Vara, United States Trustee v. Bart Levy*, Bankr. E.D. Pa. Adv. Pro. No. 24-00110 (AMC) |
| -- | -- | Transcript of October 30, 2024, hearing |
| -- | -- | Transcript of February 5, 2025, hearing |

Dated: March 14, 2025 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　For Regions 3 and 9

　　　　　　　　　　　　　　　　By:　　_/s/ John Schanne_
　　　　　　　　　　　　　　　　　　　　John Schanne
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　900 Market Street, Suite 320
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania  19107
　　　　　　　　　　　　　　　　　　　　Phone:  (202) 934.4154
　　　　　　　　　　　　　　　　　　　　John.Schanne@usdoj.gov

3